**In re the Marriage of Lisa WAIT, Appellant,**

v.

**David WAIT, Respondent.**

No. 47422.

Missouri Court of Appeals, Eastern District, Division Three.

April 24, 1984.

Nancy S. Everett, St. Louis, for appellant.

Timothy J. Mullin, St. Louis, for respondent.

CRANDALL, Judge.

Appellant, Lisa Wait, signed an entry of appearance in a dissolution proceeding on December 4, 1982. On January 10, 1983, a default and inquiry was granted and a hearing was set for January 24, 1983. On January 24, 1983, appellant appeared in court and testified but filed no responsive pleading. A default judgment was entered that day. Appellant did not file a motion to set aside or vacate that decree. She did file a notice of appeal on July 19, 1983, after having been granted leave to file a late notice of appeal.

A default judgment is not appealable in the absence of a motion to set aside or vacate. *Vonsmith v. Vonsmith,* 664 S.W.2d 7, 8 (Mo. banc 1984).

Appeal dismissed.[1]

KAROHL, P.J., and REINHARD, J., concur.

---

**1.** Appellant's motion to strike respondent's supplemental legal file is rendered moot by this opinion.